1  **SMITH KRIVOSHEY, PC**
   Yeremey O. Krivoshey (State Bar No. 295032)
2  166 Geary Street, Ste. 1500-1507
   San Francisco, CA 94108
3  Phone: 415-839-7000
   E-Mail: yeremey@skclassactions.com
4
   **SMITH KRIVOSHEY, PC**
5  Joel D. Smith (State Bar No. 244902)
   867 Boylston Street, 5th Floor, Ste. 1520
6  Boston, MA 02116
   Phone: 617-377-7404
7  E-Mail: joel@skclassactions.com

8  *Attorneys for Plaintiff*

9                   **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY REVITCH, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>BSH HOME APPLIANCES CORP.,<br><br>                              Defendant. | Case No. 4:24-cv-02963-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses his individual claims with prejudice.

Dated:  August 9, 2024                    Respectfully submitted,

  /s/    Joel D. Smith

**SMITH KRIVOSHEY, PC**
Joel D. Smith (State Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street, Ste. 1500-1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

*Attorneys for Plaintiff*